UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ALEXANDER LARSEN and<br>CAREN CURRIER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:26-cv-00138-SNLJ |
| | ) | |
| K2 CLAIMS SERVICES LLC and<br>HOMESITE INSURANCE<br>COMPANY OF THE MIDWEST, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court for case review on the issue of jurisdiction following removal from state court by defendant K2 Claims Services LLC. [Doc. 1]. A defendant may remove an action from state court to federal court if the federal court would have had original jurisdiction over the action. 28 U.S.C. § 1441. "Federal courts are courts of limited jurisdiction" and "[t]hey possess only that power authorized by Constitution and statute." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). "It is to be presumed that a cause lies outside this limited jurisdiction and the burden of establishing the contrary rests upon the party asserting jurisdiction." *Id.* Because jurisdiction is a threshold question, "[c]ourts have an independent obligation to determine whether subject-matter jurisdiction exists, even when no party challenges it." *Hertz Corp. v. Friend*, 559 U.S. 77, 94 (2010).

Defendant K2 alleges there is diversity jurisdiction. [Doc. 1]. Federal diversity

jurisdiction requires that (1) the amount in controversy exceeds $75,000 and (2) there is complete diversity of citizenship. 28 U.S.C. § 1332(a). "If any plaintiff is a citizen of the same state as any defendant, there is not complete diversity." *Great River Entm't, LLC v. Zurich Am. Ins. Co.*, 81 F.4th 1261, 1262 (8th Cir. 2023). As relevant here, a limited liability company's citizenship is that of its members. *Id.* at 1263.

The allegations in the complaint are sufficient to establish that the amount in controversy exceeds $75,000. [Doc. 1 at ¶ 4; Doc. 1-1 at ¶ 27]. Regarding the citizenship of the parties, defendant K2 Claims Services LLC alleges it is a "limited liability company with its home in the State of California and its principal place of business also located in the State of California." [Doc. 1 at ¶ 6]. However, there are no allegations regarding the citizenship of the members of K2 Claims Services LLC. As a result, defendant has not established diversity jurisdiction.

Because the removing party has failed to establish diversity jurisdiction, it is ordered to show cause within 14 days as to why this case should not be remanded to state court.

Accordingly,

**IT IS HEREBY ORDERED** that defendant K2 Claims Services LLC shall show cause within 14 days as to why this case should not be remanded to state court.

**SO ORDERED** this 23rd day of July, 2026.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE

2